IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIC SCOTT,

    Plaintiff,                                             JUDGMENT IN A CIVIL CASE

v.                                                               Case No. 15-cv-404-jdp

MILWAUKEE POLICE DEPARTMENT and
JOHN DOE POLICE OFFICER,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

    /s/                                                                      11/12/2015

Peter Oppeneer, Clerk of Court                              Date